Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER JOHN DARR,<br><br>Defendant. | No. 6:16-mj-032-MJS<br><br>**MOTION TO DISMISS AND VACATE STATUS CONFERENCE; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice, and to vacate the Status Conference currently set for August 9, 2016. The Government reached an alternative resolution with defendant.

Dated: August 2, 2016                NATIONAL PARK SERVICE


 /S/ Matthew McNease_____
Matthew McNease
Acting Legal Officer

1

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Christopher John Darr,* 6:16-mj-032-MJS, be dismissed, without prejudice, and the Status Conference scheduled for August 9, 2016, be vacated.
.

IT IS SO ORDERED.

Dated:   August 3, 2016    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE